PROVIDENCE EAR NOSE & THROAT ASSOCIATES IN  0026-B584
2112 PROVIDENCE AVE
CHESTER PA 19013

ORG: 400 Employees
ED   DD

DATE: 01/18/2019
CHECK NO. 15923

PAY TO THE ORDER OF

JESSICA T GUSLER
25 SCARLET AVENUE
ASTON PA 19014

Total Net Direct Deposit(s)
**$1307.99**
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Jessica T Gusler
25 Scarlet Avenue
Aston, PA 19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 134

Home Department: 400 Employees

Pay Period: 01/03/19 to 01/16/19
Check Date: 01/18/19    Check #: 15923

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9030 | 1307.99 | 2680.98 |
| **NET PAY** | **1307.99** | **2680.98** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation Full | 0.00 hrs | 120.00 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick/Personal | 0.00 hrs | 32.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 21.5000 | 1720.00 | 156.50 | 3364.75 |
| Overtime | 1.50 | 32.2500 | 48.38 | 1.50 | 48.38 |
| Bonus | | | | | 175.00 |
| Total Hours | 81.50 | | | 158.00 | |
| Gross Earnings | | | 1768.38 | | 3588.13 |
| Total Hrs Worked | 81.50 | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Safe 401k | 53.05 | 107.64 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 109.64 | 222.46 |
| Medicare | | 25.64 | 52.03 |
| Fed Income Tax | S 0 | 193.71 | 364.11 |
| PA Income Tax | | 54.29 | 110.15 |
| PA Unemploy | | 1.06 | 2.16 |
| PA CHSTC-Del In | | 35.37 | 71.77 |
| PA LCHD1-Del L | | 2.00 | 8.34 |
| **TOTAL** | | **421.71** | **831.02** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k Ee | 17.68 | 34.13 |
| Dentl | 21.00 | 42.00 |
| **TOTAL** | **38.68** | **76.13** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1307.99 | 2680.98 |

Payrolls by Paychex, Inc.

0026 0026-B584  Providence Ear Nose & Throat Associates Inc • 2112 Providence Ave • Chester PA  19013 • (610) 874-5475

PROVIDENCE EAR NOSE & THROAT ASSOCIATES INC
2112 PROVIDENCE AVE
CHESTER PA 19013

ORG: 400 Employees
EE ID: 134       DD

DATE: 02/01/2019      CHECK NO.: 15961

PAY TO THE ORDER OF:
JESSICA T GUSLER
25 SCARLET AVENUE
ASTON PA 19014

Total Net Direct Deposit(s)
**$1304.52**
AMOUNT

VOID THIS IS NOT A CHECK ............................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

**PERSONAL AND CHECK INFORMATION**
Jessica T Gusler
25 Scarlet Avenue
Aston, PA 19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 134

Home Department: 400 Employees

Pay Period: 01/17/19 to 01/30/19
Check Date: 02/01/19    Check #: 15961

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9030 | 1304.52 | 3985.50 |
| NET PAY | 1304.52 | 3985.50 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation Full | 8.00 hrs | 112.00 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick/Personal | 0.00 hrs | 40.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 74.00 | 21.5000 | 1591.00 | 230.50 | 4955.75 |
| Overtime | | | | 1.50 | 48.38 |
| Bonus | | | | | 175.00 |
| Vacation | 8.00 | 21.5000 | 172.00 | 8.00 | 172.00 |
| Total Hours | 82.00 | | | 240.00 | |
| Gross Earnings | | | 1763.00 | | 5351.13 |
| Total Hrs Worked | 74.00 | | | | |

**OTHER ITEMS** Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Safe 401k | 52.89 | 160.53 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 109.31 | 331.77 |
| Medicare | | 25.56 | 77.59 |
| Fed Income Tax | S 0 | 192.54 | 556.65 |
| PA Income Tax | | 54.12 | 164.27 |
| PA Unemploy | | 1.06 | 3.22 |
| PA CHSTC-Del In | | 35.26 | 107.03 |
| PA LCHD1-Del L | | 2.00 | 10.34 |
| TOTAL | | 419.85 | 1250.87 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k Ee | 17.63 | 51.76 |
| Dentl | 21.00 | 63.00 |
| TOTAL | 38.63 | 114.76 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1304.52 | 3985.50 |

Payrolls by Paychex, Inc.

0026 0026-B584  Providence Ear Nose & Throat Associates Inc • 2112 Providence Ave • Chester PA  19013 • (610) 874-5475

PROVIDENCE EAR NOSE & THROAT ASSOCIATES IN  
2112 PROVIDENCE AVE  
CHESTER PA  19013  

0026-B584  
ORG: 400 Employees  
EE ID: 134   DD  

DATE: 03/29/2019  
CHECK NO.: 16157  

PAY TO THE ORDER OF:  
JESSICA T GUSLER  
25 SCARLET AVENUE  
ASTON PA  19014  

Total Net Direct Deposit(s): **$1308.21**  
AMOUNT  

VOID THIS IS NOT A CHECK .................................................. DOLLARS  

**NON-NEGOTIABLE**  
AUTHORIZED SIGNATURE(S)  

---

**PERSONAL AND CHECK INFORMATION**  
Jessica T Gusler  
25 Scarlet Avenue  
Aston, PA  19014  
Soc Sec #: xxx-xx-xxxx     Employee ID: 134  

Home Department: 400 Employees  

Pay Period: 03/14/19 to 03/27/19  
Check Date: 03/29/19     Check #: 16157  

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9030 | 1308.21 | 9696.05 |
| **NET PAY** | **1308.21** | **9696.05** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation Full | 8.00 hrs | 112.00 hrs |
| Sick/Personal | 0.00 hrs | 48.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 21.5000 | 1720.00 | 549.25 | 11808.88 |
| Overtime | 0.50 | 32.2500 | 16.13 | 5.75 | 185.45 |
| Bonus | | | | | 775.00 |
| Vacation | | | | 8.00 | 172.00 |
| Total Hours | 80.50 | | | 563.00 | |
| Gross Earnings | | | 1736.13 | | 12941.33 |
| Total Hrs Worked | 80.50 | | | | |

**OTHER ITEMS**  
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Safe 401k | 52.08 | 388.23 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 107.64 | 802.36 |
| Medicare | | 25.17 | 187.65 |
| Fed Income Tax | S 0 | 186.69 | 1316.68 |
| PA Income Tax | | 53.30 | 397.30 |
| PA Unemploy | | 1.04 | 7.78 |
| PA CHSTC-Del In | | 34.72 | 258.83 |
| PA LCHD1-Del L | | 2.00 | 27.02 |
| **TOTAL** | | **410.56** | **2997.62** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k Ee | 17.36 | 121.66 |
| Dentl | | 126.00 |
| **TOTAL** | **17.36** | **247.66** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1308.21 | 9696.05 |

Payrolls by Paychex, Inc.

0026 0026-B584   Providence Ear Nose & Throat Associates Inc • 2112 Providence Ave • Chester PA  19013 • (610) 874-5475

PROVIDENCE ENT ASSOCIATES IN FOR 995
2112 PROVIDENCE AVE
CHESTER PA 19013

EE ID: 134    DD

DATE: 04/26/2019    CHECK NO. 16254

PAY TO THE ORDER OF

JESSICA T GUSLER
25 SCARLET AVENUE
ASTON PA  19014

Total Net Direct Deposit(s)
**$1339.14**
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Jessica T Gusler
25 Scarlet Avenue
Aston, PA  19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 134

Home Department: 400 Employees

Pay Period: 04/11/19 to 04/24/19
Check Date: 04/26/19    Check #: 16254

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9030 | 1339.14 | 12535.08 |
| NET PAY | 1339.14 | 12535.08 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation Full | 16.00 hrs | 104.00 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick/Personal | 0.00 hrs | 56.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 76.50 | 21.5000 | 1644.75 | 705.75 | 15173.63 |
| Overtime | | | | 7.25 | 233.83 |
| Bonus | | | | | 1000.00 |
| Vacation | 8.00 | 21.5000 | 172.00 | 16.00 | 344.00 |
| Total Hours | 84.50 | | | 729.00 | |
| Gross Earnings | | | 1816.75 | | 16751.46 |
| Total Hrs Worked | 76.50 | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Safe 401k | 54.50 | 502.53 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 112.64 | 1038.59 |
| Medicare | | 26.35 | 242.90 |
| Fed Income Tax | S 0 | 204.25 | 1714.64 |
| PA Income Tax | | 55.77 | 514.27 |
| PA Unemploy | | 1.09 | 10.07 |
| PA CHSTC-Del In | | 36.34 | 335.04 |
| PA LCHD1-Del L | | 2.00 | 35.36 |
| TOTAL | | 438.44 | 3890.87 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k Ee | 18.17 | 157.51 |
| Dentl | 21.00 | 168.00 |
| TOTAL | 39.17 | 325.51 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1339.14 | 12535.08 |

Payrolls by Paychex, Inc.

0026 0026-B584   Providence Ear Nose & Throat Associates Inc • 2112 Providence Ave • Chester PA  19013 • (610) 874-5475

PROVIDENCE ENT ASSOCIATES INC
2112 PROVIDENCE AVE
CHESTER PA 19013

ORG: 400 Employees
EE ID: 134  DD

DATE: 05/10/2019
CHECK NO.: 16301

PAY TO THE ORDER OF: JESSICA T GUSLER
25 SCARLET AVENUE
ASTON PA 19014

Total Net Direct Deposit(s)
**$1276.82**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Jessica T Gusler
25 Scarlet Avenue
Aston, PA 19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 134

Home Department: 400 Employees

Pay Period: 04/25/19 to 05/08/19
Check Date: 05/10/19    Check #: 16301

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9030 | 1276.82 | 13811.90 |
| NET PAY | 1276.82 | 13811.90 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation Full | 16.00 hrs | 104.00 hrs |
| Sick/Personal | 0.00 hrs | 64.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 21.5000 | 1720.00 | 785.75 | 16893.63 |
| Overtime | | | | 7.25 | 233.83 |
| Bonus | | | | | 1000.00 |
| Vacation | | | | 16.00 | 344.00 |
| Total Hours | 80.00 | | | 809.00 | |
| Gross Earnings | | | 1720.00 | | 18471.46 |
| Total Hrs Worked | 80.00 | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Safe 401k | 51.60 | 554.13 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 106.64 | 1145.23 |
| Medicare | | 24.94 | 267.84 |
| Fed Income Tax | S 0 | 183.17 | 1897.81 |
| PA Income Tax | | 52.80 | 567.07 |
| PA Unemploy | | 1.03 | 11.10 |
| PA CHSTC-Del In | | 34.40 | 369.44 |
| PA LCHD1-Del L | | 2.00 | 37.36 |
| TOTAL | | 404.98 | 4295.85 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k Ee | 17.20 | 174.71 |
| Dentl | 21.00 | 189.00 |
| TOTAL | 38.20 | 363.71 |

**NET PAY**
THIS PERIOD ($): 1276.82
YTD ($): 13811.90

Payrolls by Paychex, Inc.

0026 0026-B584  Providence Ear Nose & Throat Associates Inc • 2112 Providence Ave • Chester PA 19013 • (610) 874-5475

| | | |
|---|---|---|
| PROVIDENCE EAR NOSE & THROAT ASSOCIATES INC<br>2112 PROVIDENCE AVE<br>CHESTER PA 19013 | ORG 0026 Employees<br>EE ID: 134   DD | 05/10/2019   16302<br>DATE   CHECK NO. |

PAY TO THE ORDER OF

JESSICA T GUSLER
25 SCARLET AVENUE
ASTON PA 19014

Total Net Direct Deposit(s)
**$224.98**
AMOUNT

**VOID**

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Jessica T Gusler
25 Scarlet Avenue
Aston, PA 19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 134

Home Department: 400 Employees

Pay Period: 04/25/19 to 05/08/19
Check Date: 05/10/19   Check #: 16302

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9030 | 224.98 | 14036.88 |
| **NET PAY** | **224.98** | **14036.88** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation Full | 16.00 hrs | 104.00 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Sick/Personal | 0.00 hrs | 64.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | | 785.75 | 16893.63 |
| Bonus:31 | | | 275.00 | | 275.00 |
| Overtime | | | | 7.25 | 233.83 |
| Bonus | | | | | 1000.00 |
| Vacation | | | | 16.00 | 344.00 |
| Total Hours | | | | 809.00 | |
| Gross Earnings | | | 275.00 | | 18746.46 |
| Total Hrs Worked | | | | | |

**OTHER ITEMS**    DESCRIPTION    THIS PERIOD ($)    YTD ($)
Do not increase Net Pay
Safe 401k                              8.25           562.38

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 17.05 | 1162.28 |
| Medicare | | 3.98 | 271.82 |
| Fed Income Tax | S 0 | 12.88 | 1910.69 |
| PA Income Tax | | 8.44 | 575.51 |
| PA Unemploy | | 0.17 | 11.27 |
| PA CHSTC-Del In | | 5.50 | 374.94 |
| PA LCHD1-Del L | | 2.00 | 39.36 |
| **TOTAL** | | **50.02** | **4345.87** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k Ee | | 174.71 |
| Dentl | | 189.00 |
| **TOTAL** | | **363.71** |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **224.98** | **14036.88** |

Payrolls by Paychex, Inc.

0026 0026-B584   Providence Ear Nose & Throat Associates Inc • 2112 Providence Ave • Chester PA 19013 • (610) 874-5475

PROVIDENCE ENT ASSOCIATES INC
2112 PROVIDENCE AVE
CHESTER PA 19013

ORG: 400 Employees
EE ID: 134     DD

DATE: 05/24/2019
CHECK NO.: 16355

PAY TO THE ORDER OF

JESSICA T GUSLER
25 SCARLET AVENUE
ASTON PA  19014

Total Net Direct Deposit(s)
**$1236.68**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

**PERSONAL AND CHECK INFORMATION**
Jessica T Gusler
25 Scarlet Avenue
Aston, PA  19014
Soc Sec #: xxx-xx-xxxx    Employee ID: 134

Home Department: 400 Employees

Pay Period: 05/09/19 to 05/22/19
Check Date: 05/24/19    Check #: 16355

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9030 | 1236.68 | 15273.56 |
| NET PAY | 1236.68 | 15273.56 |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Vacation Full | 16.00 hrs | 104.00 hrs |
| Sick/Personal | 0.00 hrs | 64.00 hrs |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 77.25 | 21.5000 | 1660.88 | 863.00 | 18554.51 |
| Bonus:31 | | | | | 275.00 |
| Overtime | | | | 7.25 | 233.83 |
| Bonus | | | | | 1000.00 |
| Vacation | | | | 16.00 | 344.00 |
| Total Hours | 77.25 | | | 886.25 | |
| Gross Earnings | | | 1660.88 | | 20407.34 |
| Total Hrs Worked | 77.25 | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Safe 401k | 49.83 | 612.21 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 102.98 | 1265.26 |
| Medicare | | 24.09 | 295.91 |
| Fed Income Tax | S 0 | 172.31 | 2083.00 |
| PA Income Tax | | 50.99 | 626.50 |
| PA Unemploy | | 1.00 | 12.27 |
| PA CHSTC-Del In | | 33.22 | 408.16 |
| PA LCHD1-Del L | | 2.00 | 41.36 |
| TOTAL | | 386.59 | 4732.46 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k Ee | 16.61 | 191.32 |
| Dentl | 21.00 | 210.00 |
| TOTAL | 37.61 | 401.32 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1236.68 | 15273.56 |

Payrolls by Paychex, Inc.

0026 0026-B584    Providence Ear Nose & Throat Associates Inc • 2112 Providence Ave • Chester PA  19013 • (610) 874-5475