# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

**In re:**  Jessica Gusler       :
                                 :   **Bankruptcy No:**  19-13153
                                 :   **Chapter 13**
**Debtor**                       :

## ORDER ALLOWING COMPENSATION

AND NOW, this _____ day of _____, 20__, Jeanne Marie Cella and Associates, LLC through Jeanne Marie Cella, Esquire, counsel for the Debtor, are awarded $4,000.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $2,000.00 to the said counsel from the plan payments which he has received on the Debtor's account.

**Date: January 2, 2020**

_____
HONORABLE JEAN K FITZSIMON
UNITED STATES BANKRUPTCY JUDGE