United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jessica T Gusler  
      Debtor

Case No. 19-13153-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Jan 02, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.
db       +Jessica T Gusler,   25 Scarlet Ave,   Aston, PA 19014-2905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:
        JEANNE MARIE CELLA   on behalf of Debtor Jessica T Gusler paralegal@lawjmc.com,
         pennduke@gmail.com
        REBECCA ANN SOLARZ   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
        ROBERT J. DAVIDOW   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION
         robert.davidow@phelanhallinan.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

_____

**In re:  Jessica Gusler**                          :
                                                    :         Bankruptcy No: 19-13153
                                                    :            Chapter 13
           **Debtor**                               :


## ORDER ALLOWING COMPENSATION

AND NOW, this _____ day of _____, 20__, Jeanne Marie Cella and Associates, LLC through Jeanne Marie Cella, Esquire, counsel for the Debtor, are awarded $4,000.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $2,000.00 to the said counsel from the plan payments which he has received on the Debtor's account.

**Date: January 2, 2020**

_____
HONORABLE JEAN K FITZSIMON
UNITED STATES BANKRUPTCY JUDGE