IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| JESSICA T GUSLER : | BK. No. 19-13153-amc |
| Debtor : | |
| : | Chapter No. 13 |
| FREEDOM MORTGAGE CORPORATION : | |
| Movant : | |
| v. : | |
| JESSICA T GUSLER : | |
| RYAN COUPE (Non-filing Co-Debtor) : | 11 U.S.C. §362 AND §1301 |
| Respondents : | |

## ORDER

AND NOW, this         day of                , 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: July 24, 2020**

ASHELY M. CHAN,
**Bankruptcy Judge**

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

JEANNE MARIE CELLA
JEANNE MARIE CELLA AND ASSOCIATES, LLC
215 N OLIVE ST, STE 101
MEDIA, PA 19063

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

RYAN COUPE
25 SCARLET AVE
ASTON, PA 19014-2905

JESSICA T GUSLER
25 SCARLET AVE
ASTON, PA 19014

JESSICA T GUSLER
25 SCARLET AVE
ASTON, PA 19014-2905

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103