United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jessica T Gusler  
      Debtor

Case No. 19-13153-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jul 24, 2020  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.  
db         +Jessica T Gusler,   25 Scarlet Ave,   Aston, PA 19014-2905  
            Ryan Coupe,   25 Scarlett Ave,   Aston, PA  19014-2905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:  
         JEANNE MARIE CELLA    on behalf of Debtor Jessica T Gusler paralegal@lawjmc.com,  
          pennduke@gmail.com  
         JEROME B. BLANK    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  
         ROBERT J. DAVIDOW    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION  
          robert.davidow@phelanhallinan.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| **JESSICA T GUSLER** : | BK. No. 19-13153-amc |
| **Debtor** : | |
| : | Chapter No. 13 |
| **FREEDOM MORTGAGE CORPORATION** : | |
| **Movant** : | |
| v. : | |
| **JESSICA T GUSLER** : | |
| **RYAN COUPE (Non-filing Co-Debtor)** : | 11 U.S.C. §362 AND §1301 |
| **Respondents** : | |

## ORDER

AND NOW, this _____ day of _____, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: July 24, 2020**

_____
**ASHELY M. CHAN**,
**Bankruptcy Judge**

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

JEANNE MARIE CELLA
JEANNE MARIE CELLA AND ASSOCIATES, LLC
215 N OLIVE ST, STE 101
MEDIA, PA 19063

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

RYAN COUPE
25 SCARLET AVE
ASTON, PA 19014-2905

JESSICA T GUSLER
25 SCARLET AVE
ASTON, PA 19014

JESSICA T GUSLER
25 SCARLET AVE
ASTON, PA 19014-2905

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD, SUITE 1400
PHILADELPHIA, PA 19103