| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13153-AMC**

JESSICA T GUSLER  
25 SCARLET AVE  
ASTON  PA    19014

Petition Filed Date: 05/15/2019  
341 Hearing Date: 07/26/2019  
Confirmation Date: 11/13/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/09/2019 | $402.67 | Monthly Plan P | 07/12/2019 | $402.67 | Monthly Plan P | 08/09/2019 | $402.67 | Monthly Plan P |
| 09/09/2019 | $402.67 | Monthly Plan P | 10/04/2019 | $402.67 | | 11/01/2019 | $402.67 | |
| 12/02/2019 | $402.67 | | 12/30/2019 | $402.67 | | 01/27/2020 | $402.67 | |
| 02/24/2020 | $402.67 | | 06/11/2020 | $402.67 | | | | |

**Total Receipts for the Period: $4,429.37    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,429.37**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,263.75 | $0.00 | $1,263.75 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»» 002 | Mortgage Arrears | $18,696.37 | $2,017.84 | $16,678.53 |
| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 19-13153-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $4,429.37 | Current Monthly Payment: | $402.68 |
| Paid to Claims: | $4,017.84 | Arrearages: | $1,208.11 |
| Paid to Trustee: | $411.53 | Total Plan Base: | $24,160.76 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.