| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13153-AMC

JESSICA T GUSLER
25 SCARLET AVE
ASTON  PA    19014

Petition Filed Date: 05/15/2019
341 Hearing Date: 07/26/2019
Confirmation Date: 11/13/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $402.67 | | 04/30/2021 | $402.67 | | 09/23/2021 | $2,001.60 | |
| 11/08/2021 | $402.67 | | 01/28/2022 | $402.67 | | 02/17/2022 | $402.67 | |
| 02/22/2022 | $402.67 | | 05/23/2022 | $1,208.08 | | | | |

**Total Receipts for the Period: $5,625.70    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,093.76**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $1,263.75 | $0.00 | $1,263.75 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»»  002 | Mortgage Arrears | $18,696.37 | $10,868.79 | $7,827.58 |
| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,093.76 | Current Monthly Payment: | $402.68 |
| Paid to Claims: | $12,868.79 | Arrearages: | $1,208.04 |
| Paid to Trustee: | $1,224.97 | Total Plan Base: | $24,160.76 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.