| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-13153-AMC**

| | |
|---|---|
| JESSICA T GUSLER | Petition Filed Date: 05/15/2019 |
| 25 SCARLET AVE | 341 Hearing Date: 07/26/2019 |
| ASTON  PA    19014 | Confirmation Date: 11/13/2019 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $1,208.08 | | 08/30/2022 | $402.67 | | 09/16/2022 | $402.67 | |
| 10/17/2022 | $402.67 | | 11/14/2022 | $402.67 | | 12/12/2022 | $402.67 | |
| 02/22/2023 | $402.67 | | 04/14/2023 | $402.67 | | 05/08/2023 | $402.67 | |
| 05/26/2023 | $402.67 | | 06/26/2023 | $402.67 | | 07/24/2023 | $402.67 | |

**Total Receipts for the Period: $5,637.45   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,731.21**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $1,263.75 | $0.00 | $1,263.75 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»»  002 | Mortgage Arrears | $18,696.37 | $15,668.70 | $3,027.67 |
| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 19-13153-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,731.21 | Current Monthly Payment: | $402.68 |
| Paid to Claims: | $17,668.70 | Arrearages: | $402.75 |
| Paid to Trustee: | $1,696.08 | Total Plan Base: | $24,160.76 |
| Funds on Hand: | $366.43 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.