**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>JESSICA T GUSLER<br>                DEBTOR | CASE NO. 19-13153-amc<br>CHAPTER 13 |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                                            FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:            10500 Kincaid Drive, Suite 300
                                                       Fishers, IN 46037-9764

NEW NOTICE ADDRESS:            11988 Exit 5 Parkway, Building 4
                                                       Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:         10500 Kincaid Drive, Suite 300
                                                       Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:         11988 Exit 5 Parkway, Building 4
                                                       Fishers, IN 46037-9739


Dated: August 22, 2024

                                                                  */s/Lorri Beltz*
                                                                  Lorri Beltz, Vice President, Default
                                                                  Freedom Mortgage Corporation
                                                                  11988 Exit 5 Parkway, Building 4
                                                                  Fishers, IN 46037-9739
                                                                  Telephone: (855) 690-5900
                                                                  E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** <br> **JESSICA T GUSLER** <br>                    **DEBTOR** | **CASE NO.  19-13153-amc** <br> **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

JEANNE MARIE CELLA
JEANNE MARIE CELLA AND ASSOCIATES LLC
221 N Olive St
Media PA 19063-3250
*Counsel for Debtor*

SCOTT F. WATERMAN (CHAPTER 13)
2901 Saint Lawrence Ave Ste 100
Reading PA 19606-2265
*Chapter 13 Trustee*

JESSICA T GUSLER
25 Scarlet Ave
Aston PA 19014-2905
*Debtor*

This 22nd Day of August, 2024

                                          */s/Lorri Beltz*
                                          Lorri Beltz, Vice President, Default
                                          Freedom Mortgage Corporation
                                          11988 Exit 5 Parkway, Building 4
                                          Fishers, IN 46037-9739
                                          Telephone: (855) 690-5900
                                          E-Mail: Bankruptcy@FreedomMortgage.com