| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-13153-AMC

JESSICA T GUSLER
25 SCARLET AVE
ASTON  PA    19014

Petition Filed Date: 05/15/2019
341 Hearing Date: 07/26/2019
Confirmation Date: 11/13/2019

Case Status: Completed on 7/22/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/01/2023 | $402.67 | | 09/19/2023 | $402.67 | | 10/16/2023 | $402.67 | |
| 11/13/2023 | $402.67 | | 12/08/2023 | $402.67 | | 04/30/2024 | $402.67 | |
| 04/30/2024 | $1,610.68 | | 07/18/2024 | $402.67 | | 07/22/2024 | $402.67 | |

**Total Receipts for the Period: $4,832.04   Amount Refunded to Debtor Since Filing: $479.87   Total Receipts Since Filing: $24,563.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,263.75 | $1,263.75 | $0.00 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»» 002 | Mortgage Arrears | $18,696.37 | $18,696.37 | $0.00 |
| 0 | JEANNE MARIE CELLA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TRIDENT ASSET MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | TRIDENT ASSET MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JESSICA T GUSLER | Debtor Refunds | $479.87 | $479.87 | $0.00 |

**Chapter 13 Case No. 19-13153-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,563.25 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $22,439.99 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,123.26 | Total Plan Base: | $24,160.76 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.